IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JOHN M. TYLER                                    *
3115 Westley Road
Falls Church, Virginia 22042                     *

and                                              *

DORIS TYLER                                      *
3115 Westley Road
Falls Church, Virginia 22042                     *        Civil Action No. _____

                                                 *

              Plaintiffs                         *

v.                                               *

ALFA LAVAL, INC., Individually and               *
as Successor-in-interest to DeLAVAL
SEPARATOR COMPANY and                            *
SHARPLES, INC.
Serve:  CT Corporation System                    *
        1015 15ᵗʰ Street, N.W., Ste. 1000
        Washington, D.C.  20005                  *

                                                 *

ASCO VALVES, INC.., Individually
and as successor-in-interest to                  *
ATLAS VALVES CO.
Serve:  President/CEO                             *
        50-60 Hanover Road
        Florham Park, New Jersey 07932            *

AURORA PUMP COMPANY                              *
Serve:  President/CEO
        800 Airport Road                         *
        North Aurora, Illinois 60542
                                                 *

A.W. CHESTERTON, CO.
Serve:  President                                *
        Route 93, Middlesex Industrial Park
        Stoneham, Massachusettes 02180            *

                                                 *

BORGWARNER MORSE TEC, CORP.
Individually and as successor-in-interest to        *
BYRON JACKSON PUMPS CO.
Serve:  President/CEO                               *
            800 Warren Road
            Ithaca, New York 14850                 *

BUFFALO PUMPS, INC.,Individually              *
and as Successor-in-interest to
BUFFALO FORGE COMPANY                     *
Serve:  President/CEO
            874 Oliver Street                      *
            North Tonawanda, New York 14120
                                                   *
BURNS INTERNATIONAL SERVICES
CORP., f/k/a BORG WARNER CORP.,            *
Individually and as Successor-in-interest to
BYRON JACKSON PUMPS CO.                   *
Serve:  President/CEO
            2 Campus Drive                         *
            Parsippany, New Jersey 07054
                                                   *
BW/IP, INC., f/k/a BW/IP
INTERNATIONAL, INC., Successor-in-       *
interest to BORG WARNER INDUSTRIAL
PRODUCES, Individually and                 *
as Successor-in-interest to
BYRON JACKSON PUMPS CO.                   *
Serve:  President/CEO
            5215 N. O'Connor Blvd.                 *
            Irving, Texas 75039
                                                   *
CARRIER CORPORATION
Serve:  CT Corporation System                      *
            1015 15th Street, N.W., Ste. 1000
            Washington, D.C.  20005                *

CARVER PUMP COMPANY                        *
Serve:  President/CEO
            2415 Park Avenue                       *
            Muscatine, Iowa 52761
                                                   *
CBS CORP., a Delaware Corp., f/k/a

-2-

VIACOM, INC., successor by merger           *
to CBS CORP., a Pennsylvania Corp.,
f/k/a WESTINGHOUSE ELECTRIC               *
CORP.
Serve:  CSC Network                              *
              1090 Vermont Avenue, N.W.
              Washington, D.C.  20005            *


COOPER US, INC., f/k/a COOPER            *
INDUSTRIES, LLC, Individually and as
Successor-in-interest to                         *
GARDNER DENVER, INC.
Serve:  CT Corporation System              *
              4701 Cox Road, Suite 301
              Glen Allen, Virginia 23060         *


CRANE CO.                                       *
Serve:  President
              100 First Stamford Place           *
              Stamford, Connecticut 06902
                                                    *
CROWN CORK & SEAL COMPANY, INC
Successor-in-interest to Mundet Cork Corp.  *
Serve:  Chairman/CEO
              One Crown Way                      *
              Philadelphia, Pennsylvania 19154
                                                    *
ELLIOTT COMPANY, a/k/a
ELLIOTT TURBOMACHINERY CO., INC.*
Serve:  The Corporation Trust, Inc.
              351 West Camden Street           *
              Baltimore, Maryland 21201
                                                    *
FLOWSERVE, CORP., Successor-in-
interest to BYRON JACKSON PUMPS Co. *
Serve:  President/CEO
              5215 N. O'Connor Blvd., Ste. 2300  *
              Irving, Texas 75039
                                                    *
FLOWSERVE, CORP., Successor-in-
interest to SIER-BATH GEAR & PUMP CO*
Serve:  President/CEO
              5215 N. O'Connor Blvd., Ste. 2300   *

Irving, Texas 75039
      *

FMC CORP., Individually and as Successor-
in-interest to NORTHERN PUMP CO. and   *
PEERLESS PUMP CO.
Serve: CT Corporation System      *
       1015 15th St., NW, Suite 1000
       Washington, DC 2005     *

FOSTER WHEELER CORPORATION   *
Serve: Jack E. Deones, Vice President
       & Secretary     *
       Perryville Corporate Park
       Clinton, New Jersey 08809-4000   *

GARDNER DENVER, INC.   *
Serve: President/CEO
       1800 Gardner Expressway   *
       Quincy, Illinois 62305
      *

GARLOCK, INC.   *
Serve: President
       1666 Division Street
       Palmyra, New York 14522   *

GENERAL ELECTRIC COMPANY   *
Serve: C.T. Corporation Systems
       1025 Vermont Avenue, N.W.   *
       Fourth Floor
       Washington, D.C. 20005   *

GOULDS PUMPS, INC.   *
Serve: President/CEO
       P. O. Box 330   *
       Seneca Falls, New York 13148
      *

HONEYWELL, INC.   *
Serve: CT Corporation System
       1025 Vermone Avenue, N.W.
       Fourth Floor   *
       Washington, D.C. 20005
      *

HOWDEN BUFFALO, INC., Individually

-4-

and as Successor-in-interest to BF                    *
STURDIVANT, THE HOWDEN GROUP
and BUFFALO FAN                                       *
Serve: President/CEO
      2029 West DeKalb Street                        *
      Camden, South Carolina 29020
                                                     *

I.M.O. INDUSTRIES, INC., Individually
and as Successor-in-interest to DE LAVAL   *
STEAM TURBINE COMPANY
Serve: Corporation Service Company          *
      1090 Vermont Avenue, N.W.
      Washington, D.C. 20005                      *

INGERSOLL-RAND COMPANY,                    *
Individually and as Successor-in-interest to
TERRY STEAM TURBINE COMPANY     *
Serve: President/CEO
      155 Chestnut Ridge Road                      *
      P. O. Box 445
      Montvale, New Jersey 07645               *

JOHN CRANE, INC.                                      *
Serve: President/CEO
      6400 Oakton Street                             *
      Morton Grove, Illinois 60053
                                                     *

LESLIE CONTROLS, INC.
Serve: President/CEO                              *
      12501 Telecom Drive
      Tampa, Florida 33637                         *

MELRATH GASKET, INC,                        *
Serve: President/CEO
      2901 W. Hunting Park Avenue          *
      P. O. Box 43099
      Philadelphia, Pennsylvania 19129    *

METROPOLITAN LIFE INSURANCE CO.*
Serve: President/CEO
      1 Madison Avenue                              *
      New York, New York 10010
                                                     *

OWENS ILLINOIS INCORPORATED
Serve: President/CEO                              *
         One Michael Owens Way
         Perrysburg, Ohio 43551-2999             *

UNION CARBIDE CORPORATION                         *
Serve: C.T. Corporation System
         1025 Vermont Avenue, N.W.               *
         Fourth Floor
         Washington, D.C.  2005                  *

WACO, INC.                                        *
Serve: Daniel M. Walker
         P. O. Box 829                           *
         5450 Lewis Road
         Sandstone, Virginia 23150               *

WARREN PUMPS, LLC, Individually                   *
and as Successor-in-interest to QUIMBY
PUMP COMPANY, INC.                                *
Serve: President/CEO
         82 Bridges Avenue                       *
         P.O. Box 969
         Warren, Massachusetts 01083             *

YARWAY CORPORATION                                *
Serve: CT Corporation Systems
         1515 Market Street, Suite 1210          *
         Philadelphia, Pennsylvania 19102

*     *     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF REMOVAL

    Leslie Controls, Inc. ("Leslie"), a Defendant, by and through its counsel, Stephen S.

McCloskey, Scott H. Phillips and Semmes, Bowen & Semmes, P.C., files this Notice of Removal

as to the removal of this case from the Superior Court of the District of Columbia to the United

States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1442 and 1446.

1.      This Court has subject matter jurisdiction over this case because the claims involve a person, Leslie, acting under the authority of an officer or agency of the United States. 28 U.S.C. § 1442(a)(1); *Mesa v. California*, 489 U.S. 121, 124-25, 129-31, 134-35, 109 S.Ct. 959, 962-63, 964-66, 967-68, 103 L.Ed.2d 99 (1989).

2.      The claims are pending within this District.

3.      Leslie was served in this case on February 1, 2010. This Notice of Removal is therefore timely as it was filed within thirty (30) days of the date on which Leslie was served, consistent with 28 U.S.C. § 1446(b) and Fed. R. Civ. Proc. 6.

4.      On or about December 31, 2009, Plaintiffs filed their Complaint and Prayer for Jury Trial ("Complaint") in the Superior Court of the District of Columbia (Civil Action No. 2009 CA 009663) against Leslie and numerous other defendants. A copy of the Complaint is attached hereto as Exhibit 1. As noted above, Leslie was served on or about February 1, 2010.

5.      Paragraph 2 of the Complaint alleges that John M. Tyler was exposed to asbestos while working as a fireman and machinist's mate while serving on board ship on active duty in the U.S. Navy from 1953-1956 and while working as a machinist in the U.S. Navy Reserve until approximately 1980. Exhibit 1 at ¶2. Non-naval exposure to asbestos is also alleged in the Complaint.

6.      Any equipment manufactured for the U.S. Navy by Leslie to be used aboard U.S. Naval vessels was manufactured under the direction and control of a federal officer. See Affidavit of Matthew Wroble, attached hereto as Exhibit 2. Leslie manufactured and designed equipment sold to the Navy according to the precise, detailed specifications of the U.S. Navy. *Id.* The U.S. Navy enforced compliance with those design specifications and no aspect of the design

of that equipment escaped the close control of the U.S. Navy and its officers, including all aspects of warnings associated with the equipment. Accordingly, Leslie was acting under an officer or agent of the United States within the meaning of 28 U.S.C. § 1442(a)(1).

7. Removal is appropriate where, as here, the removing party (1) acted under the direction of a federal officer, (2) raises a colorable defense to plaintiff's claims, and (3) can demonstrate a causal nexus between plaintiff's claims and the acts it performed under color of federal office. *Mesa v. California*, 489 U.S. 121, 124-25, 129-31, 134-35, 109 S.Ct. 959, 962-63, 964-66, 967-68, 103 L.Ed.2d 99 (1989); see also *Kormendi/Gardner Partners v. Surplus Acquisition Venture, LLC*, 606 F.Supp.2d 114, 119 (D.D.C. 2009).

8. The federal officer removal statute allows suits against federal officers to be removed despite the non-federal cast of the Complaint. *Jefferson County v. Acker*, 527 U.S. 423, 431, 119 S.Ct. 2069, 144 L.Ed.2d 408 (1999).

9. As recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500, 108 S.Ct. 2510, 101 L.Ed.2d 442 (1988), Leslie has a federal defense to this action as it was a government contractor immune from liability for injuries arising from any exposure to asbestos-containing equipment aboard U.S. Navy vessels as that equipment was designed, manufactured and/or repaired by Leslie pursuant to detailed specifications from the U.S. Navy. See *Kleeman v. McDonnel Douglas Corp.*, 890 F.2d 698, 700 (4th Cir. 1989); *Carley v. Wheeled Coach*, 991 F.2d 1117, 1123 (3d Cir. 1993); *Garner v. Santoro*, 865 F.2d 629, 634 (5th Cir. 1991).

10. Removal based on government contractor/supplier immunity is also permitted in failure to warn cases. In *Kerstetter v. Pacific Scientific Co.*, 210 F.3d 431, 438 (5th Cir.) *cert. denied* 519 U.S. 919 (2000), the court held that the government contractor defense is available in

"failure to warn" actions where the evidence shows that the lack of a warning reflects governmental direction and control rather than the unfettered discretion of the manufacturer of the product.

11.     As noted in *Kerstetter*, "[t]he government need not prepare the specifications to be considered to have approved them." *Id.* at 435. The only material issue is whether the manufacturer's design and specifications were subjected to "substantial review" rather than a mere "rubber stamp" approval. *Id.* Substantial review is established where there is evidence of a "continuous back and forth" between the contractor and the government. *Id.* In this regard, "[t]he specification need not address the specific defect alleged; the government need only evaluate the design feature in question." *Id.*

12.     The U.S. Navy exercised complete supervision, direction and control over the design, manufacture, inspection and testing of Leslie equipment.  Exhibit 2 hereto.

13.     As this removal is predicated on 28 U.S.C. § 1442(a)(1), Leslie is not required to obtain the consent of the other defendants and those defendants are not required to join the removal. *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247 (9th Cir. 2006); *Akin v. Ashland Chemical Co.*, 156 F.3d 1030 (10th Cir. 1998); *Plourde v. Ferguson*, 519 F. Supp. 14, 16 (D. Md. 1980).

14.     Leslie has given written notice of the filing of this Notice of Removal and has filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia.

15.     Attached hereto as Exhibit 1 are copies of all documents served on Leslie in this action.

**WHEREFORE**, Leslie Controls, Inc. respectfully requests that this action be removed to the United States District Court for the District of Columbia and that no further proceedings be had in the Superior Court of the District of Columbia.

Respectfully submitted,

Stephen S. McCloskey, #465786
Scott H. Phillips, #453192
Semmes, Bowen & Semmes
25 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5040

*Counsel for Leslie Controls, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2010, a copy of this Notice of Removal (with exhibits) was mailed, by first class mail, postage prepaid to:

Daniel A. Brown, Esquire
Brown & Gould, LLP
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814

Laura M. Higgs, Esquire
DeHay & Elliston, L.L.P.
36 South Charles Street, Suite 1300
Baltimore, Maryland 21201
*Attorneys for ALFA LAVAL, Inc.*

ASCO VALVES, INC.., Individually
and as successor-in-interest to
ATLAS VALVES CO.
Serve: President/CEO

-10-

50-60 Hanover Road
Florham Park, New Jersey 07932

Robin Silver, Esquire
F. Ford Loker, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
***Attorneys for Aurora Pump Company***

A.W. CHESTERTON, CO.
Serve: President
       Route 93, Middlesex Industrial Park
       Stoneham, Massachusettes 02180

BORGWARNER MORSE TEC, CORP.
Individually and as successor-in-interest to
BYRON JACKSON PUMPS CO.
Serve: President/CEO
       800 Warren Road
       Ithaca, New York 14850

BUFFALO PUMPS, INC.,Individually
and as Successor-in-interest to
BUFFALO FORGE COMPANY
Serve: President/CEO
       874 Oliver Street
       North Tonawanda, New York 14120

BURNS INTERNATIONAL SERVICES
CORP., f/k/a BORG WARNER CORP.,
Individually and as Successor-in-interest to
BYRON JACKSON PUMPS CO.
Serve: President/CEO
       2 Campus Drive
       Parsippany, New Jersey 07054

BW/IP, INC., f/k/a BW/IP
INTERNATIONAL, INC., Successor-in-
interest to BORG WARNER INDUSTRIAL
PRODUCES, Individually and
as Successor-in-interest to
BYRON JACKSON PUMPS CO.

Serve:  President/CEO
            5215 N. O'Connor Blvd.
            Irving, Texas 75039

Patrick C. Smith, Esquire
Smith, Patrick, Powers & Frost LLP
502 Washington Avenue
Towson, Maryland 21204
***Attorneys for Carrier Corporation***

Robin Silver, Esquire
F. Ford Loker, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
***Attorneys for Carver Pump Company***

Clare M. Maisano, Esquire
Evert Weathersby & Houff
120 E. Baltimore Street, Suite 1300
Baltimore, Maryland 21202
***Attorneys for CBS Corp.***

COOPER US, INC., f/k/a COOPER
INDUSTRIES, LLC, Individually and as
Successor-in-interest to
GARDNER DENVER, INC.
Serve:  CT Corporation System
            4701 Cox Road, Suite 301
            Glen Allen, Virginia 23060

David T. Case, Esquire
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C.  20006
***Attorneys for Crane Co.***

Richard W. Boone, Sr., Esquire
Boone & Assoc., PC
10195 Main Street
Fairfax, Virginia 22031
***Attorneys for Crown Cork & Seal
Company, Inc.***

Patrick J. Attridge, Esquire
King & Attridge
The Anderson House
Rockville, Maryland 20850
***Attorneys for Elliott Company***

FLOWSERVE, CORP., Successor-in-
interest to BYRON JACKSON PUMPS Co.
Serve: President/CEO
      5215 N. O'Connor Blvd., Ste. 2300
      Irving, Texas 75039

FLOWSERVE, CORP., Successor-in-
interest to SIER-BATH GEAR & PUMP CO
Serve: President/CEO
      5215 N. O'Connor Blvd., Ste. 2300
      Irving, Texas 75039

FMC CORP., Individually and as Successor-
in-interest to NORTHERN PUMP CO. and
PEERLESS PUMP CO.
Serve: CT Corporation System
      1015 15th St., NW, Suite 1000
      Washington, DC 2005

Scott H. Phillips, Esquire
Semmes, Bowen & Semmes
25 South Charles St., Ste 1400
Baltimore, Maryland 21201
***Attorneys for Foster Wheeler Corporation***

GARDNER DENVER, INC.
Serve: President/CEO
      1800 Gardner Expressway
      Quincy, Illinois 62305

Thomas P. Bernier, Esquire
Segal McCambridge Singer &
Mahoney, Ltd.
One North Charles Street
Baltimore, Maryland 21201
***Attorneys for Garlock, Inc.***

Donld S. Meringer, Esquire
David J. Quigg, Esquire
Meringer, Zois & Quigg, Inc.
320 North Charles Street
Baltimore, Maryland 21201
*Attorneys for General Electric Company*

Steven J. Parrott, Esquire
DeHay & Elliston LLP
36 S. Charles Street
Baltimore, Maryland 21201
*Attorneys for Goulds Pumps, Inc.*

Jennifer E. Cameron, Esquire
Michael T. Hamilton, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue, Suite 305
Towson, Maryland 21204
*Attorneys for Honeywell, Inc.*

HOWDEN BUFFALO, INC., Individually
and as Successor-in-interest to BF
STURDIVANT, THE HOWDEN GROUP
and BUFFALO FAN
Serve: President/CEO
        2029 West DeKalb Street
        Camden, South Carolina 29020

I.M.O. INDUSTRIES, INC., Individually
and as Successor-in-interest to DE LAVAL
STEAM TURBINE COMPANY
Serve: Corporation Service Company
        1090 Vermont Avenue, N.W.
        Washington, D.C. 20005

Milton K. Hill, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
*Attorneys for Ingersoll-Rand Company*

Peter A. Woolson, Esquire
PA Woolson, PA
217 E. Redwood St., Ste. 1500

-14-

Baltimore, Maryland 21202
**Attorneys for John Crane, Inc.**

MELRATH GASKET, INC,
Serve:  President/CEO
          2901 W. Hunting Park Avenue
          P. O. Box 43099
          Philadelphia, Pennsylvania 19129

METROPOLITAN LIFE INSURANCE CO.
Serve:  President/CEO
          1 Madison Avenue
          New York, New York 10010

Steven A. Luxton, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
**Attorneys for Owens Illinois Incorporated**

UNION CARBIDE CORPORATION
Serve:  C.T. Corporation System
          1025 Vermont Avenue, N.W.
          Fourth Floor
          Washington, D.C. 2005

Thomas B. Almy, Esquire
Dombroff Gilmore Jaques & French
1676 International Drive
McLean, Virginia 22102
**Attorneys for Waco, Inc.**

WARREN PUMPS, LLC, Individually
and as Successor-in-interest to QUIMBY
PUMP COMPANY, INC.
Serve:  President/CEO
          82 Bridges Avenue
          P.O. Box 969
          Warren, Massachusetts 01083

YARWAY CORPORATION
Serve:  CT Corporation Systems
        1515 Market Street, Suite 1210
        Philadelphia, Pennsylvania 19102


Scott H. Phillips

B0974200.WPD